BERZON, Circuit Judge,
concurring:
I disagree with the majority as to one point:
The district court applied an erroneous standard with regard to one safety valve factor, 18 U.S.C. § 3553(f)(5). The district court considered only the truth of the information provided at Gresham’s trial. But under United States v. Shrestha, 86 F.3d 935, 939-40 (9th Cir.1996), the *595 question is whether complete and truthful information was ever provided prior to sentencing, not whether the defendant subsequently provided false information.
I agree, however, that on a plain error standard, Brooks cannot prevail as to another safety valve factor, 18 U.S.C. § 3558(f)(2), concerning possessed firearms in connection with the offense. I therefore agree that we must affirm the denial of safety valve relief to Brooks.